No. 04–5695. COOPER v. LOCK, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER. Sup. Ct. Mo. Motion of

petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 921] denied.